IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GAYLE H. GEAR, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| v. | ) CASE NO. 2:09cv970-ME |
| | ) |
| ALABAMA STATE UNIVERSITY, *et al.*, | )   (WO-Do Not Publish) |
| | ) |
| DEFENDANTS. | ) |

## **ORDER**

It is hereby ORDERED that the Motion to Enforce Judgment (Doc. # 79) filed on August 8, 2011, is DENIED. It is further ORDERED that the Motion to Strike (Doc. # 91) filed on August 31, 2011, is DENIED.

DONE this the 21st day of September, 2011.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE