IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

GAYLE H. GEAR,                          )
                                        )
      PLAINTIFF,                   )
                                        )
v.                                      )   CASE NO. 2:09cv970-ME
                                        )
ALABAMA STATE UNIVERSITY, *et al.*,     )       (WO-Do Not Publish)
                                        )
      DEFENDANTS.                  )

## ORDER

It is hereby ORDERED that the Motion to Enforce Judgment (Doc. # 79) filed on August 8, 2011, is DENIED.  It is further ORDERED that the Motion to Strike (Doc. # 91) filed on August 31, 2011, is DENIED.

DONE this the 21st day of September, 2011.

                              /s/ Mark E. Fuller
                          UNITED STATES DISTRICT JUDGE